UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS' LOCAL 324 PENSION
FUND, OPERATING ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

  Plaintiffs,      Case No.  04-74985

v.           Hon. Robert H. Cleland

SIMONE CONTRACTING CORPORATION, a
Michigan Corporation, SIMONE SERVICES, LLC,
A Michigan Limited Liability Company, SALVATORE
SIMONE, ROGER FOX and MARIO SIMONE, Individually.

  Defendants.
_____/

| | |
|---|---|
| **MICHAEL J. ASHER   P39347** | **ERIC J. FLESSLAND  (P35668)** |
| **DAVID J. SELWOCKI  P51375** | Butzel Long |
| Sullivan, Ward, Asher & Patton, P.C. | Attorneys for Defendants |
| Attorneys for Plaintiffs | 150 W. Jefferson, Suite 100 |
| 1000 Maccabees Center | Detroit, Michigan  48226 |
| 25800 Northwestern Highway | 313.983.6901 |
| PO Box 222 | |
| Southfield MI  48037-0222 | |
| 248.746.0700 | |

_____
_____/

### ORDER TO DISMISS WITHOUT PREJUDICE

At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan, on July __28, 2005.

Present:   Hon.  Robert  H.  Cleland
        U.S. District Court Judge

This matter having come before the court upon stipulation by the parties to dismiss this matter without prejudice and without costs to either party, and the court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice and without costs to either party.

_s/Robert H. Cleland___  
ROBERT H. CLELAND  
U.S. District Court Judge

This Order Prepared By:

David J. Selwocki  (P51375)  
Sullivan, Ward, Asher & Patton, P.C.  
25800 Northwestern Hwy., Suite 1000  
Southfield, Michigan  48075  
248.746.0700

W0417493/A56-117351.RTF